UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Nancy J. Snowden                                            Docket No. 4:12-CR-123-1FL

**Petition for Action on Supervised Release**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Nancy J. Snowden, who, upon an earlier plea of guilty to Embezzlement, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Robert L. Hinkle, U.S. District Judge for the Northern District of Florida, on December 16, 2010, to 5 years probation under the conditions adopted by the court. In addition to the standard conditions of supervision, the court ordered the following special conditions: the defendant shall not own or possess a firearm, dangerous weapon, or destructive device; serve 10 months home detention and pay the fee; pay a $100 special assessment; and pay $74,882.20 restitution.

Jurisdiction was transferred to the Eastern District of Virginia on July 5, 2012. Jurisdiction was transferred to the Eastern District of North Carolina on November 2, 2012. On January 11, 2013, supervision was transferred to the District of South Carolina. Snowden has been supervised by the Northern District of Georgia (NDGA) since November 20, 2014.

On October 22, 2014, the court denied the defendant's motion for early termination.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** According to NDGA U.S. Probation Officer Amy Roberts, Snowden's living situation has become very stressful. Additionally, the defendant has expressed challenges forgiving herself for the crime she committed. In order to address these challenges, Snowden has indicated she would like to participate in mental health counseling. Therefore, the NDGA respectfully recommends the conditions of probation be modified to include mental health counseling. The undersigned probation officer concurs with their recommendation.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release probation be modified as follows:

1. The defendant shall participate in individual counseling for mental health as directed by the probation officer and take any medications prescribed by the mental health specialist.

Except as herein modified, the judgment shall remain in full force and effect.

                                                 I declare under penalty of perjury that the foregoing is true and correct.
                                                 /s/ C. Lee Meeks, Jr.
                                                 C. Lee Meeks, Jr.
                                                 U.S. Probation Officer
                                                 200 Williamsburg Pkwy Unit 2
                                                 Jacksonville, NC 28546-6762
                                                 Phone: 910-347-9038
                                                 Executed On: April 2, 2015

**Nancy J. Snowden**
**Docket No. 4:12-CR-123-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __3rd___ day of __April_____, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Louise W. Flanagan_____
Louise W. Flanagan
U.S. District Judge